AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | DePorre | Telephone: | (810) 766-5177 |
| Special Agent: | Thomas, FBI | Telephone: | (810) 239-5775 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Chelsey Tonya Brown,

Case No. 4:23−mj−30468
Assigned To : Magistrate Judge Curtis Ivy
Assign. Date : 11/22/2023

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 27, 2023__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 3 & 922(g)(1) | accessory after the fact - felon in possession of a firearm |

This criminal complaint is based on these facts:
Please see affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Sean Thomas, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 21, 2023

_Judge's signature_

City and state: Bay City, MI

Patricia T. Morris, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Sean Thomas, being duly sworn, state the following is true and accurate to the best of my knowledge, information and belief.

1. I make this affidavit from personal knowledge based upon my participation in this investigation, with exception of the matters expressly stated, which are based upon information received from other law enforcement personnel and/or their reports and records. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I have knowledge.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since July 2019. I am currently assigned to the FBI's Detroit Division – Flint Resident Agency after serving one year with the FBI Boston Division's Violent Crime Unit. From August 2020 through November 2020, I was assigned to the FBI Chicago Division's Violent Crime Unit. Prior to my employment with the FBI, I served as a Michigan State Police Trooper from 2012 until 2019 and was assigned to the Major Crime Unit and FBI Safe Streets Task Force, in the City of Flint. In 2008, I completed the New Hampshire State Police Academy and was certified as a police officer for the City of Nashua, New Hampshire Police Department, where I served as a uniform officer until June 2012.

## *Summary*

3.  I am currently investigating Chelsey Tonya Brown and others including Ojwjuan Jamal King for federal offenses involving drug trafficking, illegal firearm possession and obstruction of justice. As discussed below, there is probable cause that on or about October 27, 2023, in the Eastern District of Michigan, Brown, knowing that King had committed an offense against the United States, assisted King in order to hinder his trial and punishment, in violation of 18 U.S.C. §§ 3 & 922(g)(1).

4.  As discussed below, on October 26, 2023, King, Brown and others were using drugs at King's apartment. The following day, on October 27, 2023, Brown and three others were at the apartment when some of King's cocaine came up missing. King, while holding a pistol, told the people in the apartment that they could not leave until his drugs were found. Eventually the police came to the apartment. As police arrived, Brown left the apartment with King's gun to protect King from getting in more trouble. When police entered, officers saw drug paraphernalia in the apartment. Officers arrested King for holding people against their will. King has prior felony offenses and was on parole for manslaughter.

## *Probable Cause*

5.     On the evening of October 27, 2023, Flint police responded to an apartment in Flint based on a report of people being held against their will at gunpoint. Officers completed reports which I have reviewed. Upon arrival at the apartment, officers arrested King and two others (co-conspirator 1 and co-conspirator 2) and spoke with two victims, identified here as Victim-1 and Victim-2. (As discussed below, I later learned that King's girlfriend, Brown, was also present at the apartment, but had left upon police's arrival and avoided law enforcement contact).

6.     As part of my investigation, I spoke with Brown who identified King as her boyfriend, referring to him by his nickname "Juice." Brown stated that she had been at King's apartment with King, Victim-1, Victim-2, and an individual I have identified here as Co-conspirator-1. Brown said that while they were at King's apartment, King's bag of cocaine came up missing. King told Victim-1, Victim-2, Co-conspirator-1 and Brown that they could not leave until his cocaine was found. Brown said that King had a firearm in his hand where people could see it. Brown stated that Victim-1 used their phone to contact the police. Brown said when the police arrived, Brown took King's gun and put it in her purse. Brown said she left King's apartment with the gun

and took it to her house in Flint. Brown said that she hid the gun in a closet. Brown said she took King's gun to protect him from getting in more trouble.

7.     Brown consented to a search of her house. Brown described the firearm as a 9mm slim. I found a Taurus, model PT709 Slim, a 9mm caliber pistol, bearing serial number TGM09562 in Brown's house.

8.     Brown also consented to a search of her TCL cellular phone which showed communications between her phone and King's device using an application called TextNow. On October 24, 2023, King's device sent Brown's TCL phone the photograph below of a Taurus firearm with a set of keys. The firearm's model number of "PT709" can be observed on the firearm in the photograph, to include partial digits of the serial number. The firearm that I found in Brown's home was consistent to the firearm pictured in Brown's cellular device during her TextNow message with King.



9.  Additionally, on October 26, 2023, Brown texted King, "Baby you got your stick right." The user of King's device responded, "In the closet." Based on my training and experience, I am aware that "stick" is a slang term for an extended firearm magazine or a firearm.

10. As part of my investigation, I reviewed King's criminal history records. King was previously convicted of homicide-involuntary manslaughter, assault with intent to do great bodily harm less than murder and has felony convictions for felony firearm, delivery of a controlled substance, and possession of a controlled substance. I know that he has served more than four years in prison and was released from incarceration on June 13, 2023, and that he is currently on parole.

11.     During my interview with Brown, she told me that she had reached out to Victim-1 "by phone and asked her not to cooperate [with police] in order to protect Juice [King]."

12.     During a search of TextNow communications in Brown's TCL phone, I observed a message on November 1, 2023, where Brown stated, "Ok", "She talked to his PO already." Through my training and experience, I am aware that "PO" is an abbreviated slang term for Parole Officer. This message indicates Brown knew King was on parole.

13.     As part of my investigation, I have spoken with King's parole agent, who told me Victim-1 contacted him to recant their prior statement to Flint police when they arrived at King's apartment. Based on this information, I believe that Brown knew that Victim-1 contacted King's Parole Officer and that Brown sought to influence Victim-1's statement to King's Parole Officer.

14.     On November 2, 2023, I spoke with Special Agent Dustin Hurt of the Bureau of Alcohol, Tobacco, and Firearms & Explosives (ATF) in his capacity as an interstate nexus authority in the manufacture and movement of firearms and ammunition in interstate and foreign commerce. Special Agent Hurt determined that the Taurus semi-automatic pistol was manufactured outside of the State of Michigan, and is a firearm as defined in Chapter 44, Title 18, United States Code.

*Conclusion*

15. Based on the facts set forth above, there is probable cause that on or about October 27, 2023, in the Eastern District of Michigan, Brown, knowing that King had committed an offense against the United States, assisted King in order to hinder his trial and punishment, in violation of 18 U.S.C. §§ 3 & 922(g)(1).

_____
Sean Thomas
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means on this 21st day of November 2023.

_____
Hon. Patricia T. Morris
United States Magistrate Judge